# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 30, 2015

**Before**

DIANE P. WOOD, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

MATTHEW F. KENNELLY[1], *District Judge*

No. 14-2010

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee*,<br><br>    *v.*<br><br>ROBERT L. LEE,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division.<br><br>No. 3:09-cr-41-RLM-1<br><br>Robert L. Miller, *Judge*. |

**O R D E R**

The slip opinion issued in this case on July 29, 2015, is amended on page 1 to reflect the argued date as April 7, 2015.

---

1 Hon. Matthew F. Kennelly of the Northern District of Illinois, sitting by designation.